651 A.2d 144

In the Matter of David W. REES.

No. 451 Disciplinary Docket No. 2—Supreme Court.

No. 73 DB 84 Disciplinary Board.

Supreme Court of Pennsylvania.

Dec. 1, 1994.

## ORDER

PER CURIAM:

AND NOW, this 1st day of December, 1994, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated November 10, 1994, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

MONTEMURO, J., is sitting by designation.